**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DAVID HATCHER, #443006,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No. 26-cv-00755-JPG** |
| ) | |
| **MAJOR GRIMES, CATPAIN COLLINS,** ) | |
| **SGT. MOORE, SGT. BROWN,** ) | |
| **CAPT. STEM, GUARD HILL,** ) | |
| **RICHARD WATSON,** ) | |
| **ST. CLAIR COUNTY SHERIFF,** ) | |
| **ST. CLAIR COUNTY COURTHOUSE,** ) | |
| **ST. CLAIR COUNTY PUBLIC** ) | |
| **DEFENDERS, KAREN CRAIG,** ) | |
| **GREG NESTER, SATCHEL CONROY,** ) | |
| **and MATELING TOUCH,** ) | |
| ) | |
| **Defendants.** ) | |

**<u>MEMORANDUM AND ORDER</u>**

**GILBERT, District Judge:**

Plaintiff David Hatcher and eight co-plaintiffs filed a Complaint pursuant to the Federal Tort Claims Act against officials at St. Clair County Jail for miscellaneous deprivations of their federal rights. (Doc. 1). Plaintiffs failed to prepay a $405.00 filing fee or file a motion for leave to proceed *in forma pauperis* (IFP motion). Therefore, on May 28, 2026, the Court entered a Notice and Order requiring prepayment of the $405.00 filing fee or an IFP motion within 30 days (no later than June 29, 2026). (Doc. 3). The Court also entered an Order Severing Case, requiring all co-plaintiffs to proceed separately with the action. (Doc. 4).

Plaintiff Hatcher was the only plaintiff who remained in this case. *See* Order at Doc. 4. To proceed, the Court ordered him to do the following by June 29, 2026: (1) pay the $405.00 filing

1

fee; (2) file an IFP motion; or (3) file a motion for voluntary dismissal.  He was clearly warned that "[f]ailure to do so will result in dismissal of this action after the deadline expires."  *Id*.

Plaintiff missed the deadline to prepay the filing fee, file an IFP motion, or seek voluntary dismissal of this action.  He has taken no steps to move this case forward.  The Court will not allow this matter to linger.

This action is **DISMISSED** without prejudice for failure to comply with the Court's Orders (Docs. 3 and 4) and for want of prosecution.  *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).  Plaintiff's obligation to pay the filing fee for this action was incurred at the time the case was opened, so the fee of $405.00 remains due and payable.  *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: July 21, 2026**

**J. PHIL GILBERT**
**United States District Judge**

2